**SO ORDERED.**

**Dated: January 19, 2011**

**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**


TIFFANY & BOSCO
P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant


10-54501

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:<br><br>Elizabeth Castro<br>Debtor. | No. 2:10-BK-36665-RTB<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #20) |
| U.S. Bank National Association, as Trustee for CMLTI 2007-WFHE2 by its Attorney in fact Wells Fargo Bank, N.A.<br>Movant,<br>vs.<br><br>Elizabeth Castro, Debtor, S. William Manera, Trustee.<br><br>Respondents. | |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated December 21, 2006 and recorded in the office of the SANTA CRUZ County Recorder wherein U.S. Bank National Association, as Trustee for CMLTI 2007-WFHE2 by its Attorney in fact Wells Fargo Bank, N.A. is the current beneficiary and Elizabeth Castro has an interest in, further described as:

A portion of the North Half (N1/2) of Section 32, Townshill 23 South, Range 14 East, Gila and Salt River Base and Meridian, Santa Cruz County, Arizona, and further being a portion of that parcel described in deed recorded in Docket 590 at Page 223, and more particularly described as follows:

COMMENCING at the center of said Section 32, being a found Y, iron pin inside an open pipe;

THENCE North 89 degrees 24 minutes 01 seconds East (N 89-24-43 E deed 590-223) a distance of 315.59 feet (315.00 deed) to a found Y, inch iron pin being the most Southwestern most corner of said parcel 590/223, and from whence the Southwestern most corner of that parcel described in Docket 590 at Page 236 bears N 89-24-43 E (basis of bearing) distant 890.14 feet (891.01 rec.);

THENCE North 89 degrees 24 minutes 43 seconds East, a distance of 490.14 feet to the TRUE POINT OF BEGINNING being a set Y, inch iron pin with brass disc stamped "RLS 26398";

THENCE North 89 degrees 24 minutes 43 seconds East, a distance of 200.00 feet to a set Y, inch iron pin with brass disc stamped "RLS 26398";

THENCE North 22 degrees 28 minutes 31 seconds West, a distance of 416.33 feet to its intersection with the Southerly right of way line of Camino Vista Del Cielo as described in Deed recorded in Docket 372 at Page 112, being a point on the arc of a non-tangent curve Concave to the North, a radial line of said curve through said point having a bearing of S 30 degrees l8 minutes 32 seconds East, said point being a set Y, inch iron pin with brass disc stamped :RLS 26398";

THENCE Westerly along the arc of said curve, to the right, having a radius of 295.00 feet (R&M) and a central angle of 19 degrees 25 minutes 21 seconds for an arc distance of 100.00 feet to a non-tangent line, being a set Y, inch iron pin with brass disc stamped "RLS 26398";

THENCE South 08 degrees 27 minutes 42 seconds East a distance of 355.62 feet to the TRUE POINT OF BEGINNING

EXCEPTING THEREFROM:

That portion of the North Half (N1/2) of Section 32, Township 23 South, Range 14 East, Gila and Salt River Base and Meridian, Santa Cruz County, Arizona, and further being a portion of that parcel described in need recorded in Docket 590 at Page 223, and more particularly described as follow:

Commencing at the center of said Section 32, being a found Y, inch iron pin;

THENCE North 89 degrees, 21 minutes 52 seconds East, a distance of 1005.772 feet to a Y, inch iron pin with brass disk stamped "RLS 26398" and being the TRUE POINT OF BEGINNING;

THENCE North 28 degrees 17 minutes 30 seconds West, a distance of 234.196 feet to a point;

THENCE: North 15 degrees 01 minutes 20 seconds West, a distance of 182.964 feet to a point, said point being on the South right of way line of Camino Vista del Cielo;

THENCE South 22 degrees 28 minutes 31 seconds East, a distance of 414.408 feet to the TRUE POINT OF BEGINNING.

IT IS FURTHER ORDERED that Movant may contact the Debtor by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance

Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtor's personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.